# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

IN RE:

**Mohsen P. Sarfarazi and Faith A. Sarfarazi**

    Debtor(s).

CASE NO. 08-07435-MGW
CHAPTER 11

_____/

## OBJECTION TO CONFIRMATION

COMES NOW, GMAC MORTGAGE, LLC, a secured creditor in the above-styled cause, and files this, its Objection to Confirmation of the Debtor(s)' proposed Chapter 11 Plan. In support thereof, GMAC MORTGAGE, LLC alleges the following:

1. The Claimants has a secured claim on the property located at Lot 45 Via Paradisus, Ocala, FL 34480 by virtue of a first mortgage.

2. The Debtors' plan states that the Debtors will continue to make the post-petition payments in accordance with the Mortgage contract. However, the Note and Mortgage state that the loan was payable in full on August 1, 2008 - the "Maturity Date."  A copy of the Note and Mortgage are attached as Composite Exhibit "A".

3. The loan has not been paid in full and therefore confirmation of the Debtors' Chapter 11 plan should be denied.

FILE_NUMBER: B08045678

DOC_ID: M011900




WHEREFORE, GMAC MORTGAGE, LLC prays that the Court deny confirmation of the proposed Chapter 11 Plan and grant it such additional relief as the Court deems just and proper.

Florida Default Law Group, P.L.
P.O. Box 25018
Tampa, Florida  33622-5018
Phone  (813) 251-4766
Fax  (813) 251-1541

By:  /s/   PEGGY MCNEW BALLWEG
PEGGY MCNEW BALLWEG
FLORIDA BAR NO. 0153753
JOHN C. BROCK, JR.
FLORIDA BAR NO. 0017516
ATTORNEYS FOR GMAC MORTGAGE, LLC

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Objection to Confirmation has been furnished by regular U. S. Mail or Electronic Mail to all parties listed below and on the attached mailing matrix below on this 29th day of October, 2008.

Mohsen P. Sarfarazi
3235 SW 41st Avenue
Ocala, FL 34474

Faith A. Sarfarazi
3235 SW 41st Avenue
Ocala, FL 34474

Buddy D. Ford
Buddy@tampaesq.com
115 N. MacDill Avenue
Tampa, FL 33609-1521


Benjamin E. Lambers
Timberlake Annex
501 E. Polk Street, Suite 1200
Tampa, FL 33602
813-228-2000
Ben.E.Lambers@usdoj.gov

United States Trustee - TPA
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602
813-228-2000

Local Rule 1007-2 Parties in Interest

                                        Florida Default Law Group, P.L.
                                        P.O. Box 25018
                                        Tampa, Florida  33622-5018
                                        Phone  (813) 251-4766
                                        Fax  (813) 251-1541


                                        By:  /s/   PEGGY MCNEW BALLWEG
                                          PEGGY MCNEW BALLWEG
                                          FLORIDA BAR NO. 0153753
                                          JOHN C. BROCK, JR.
                                          FLORIDA BAR NO. 0017516
                                          ATTORNEYS FOR GMAC MORTGAGE, LLC