UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE:                                                Chapter 11

MOHSEN P. SARFARAZI
FAITH A. SARFARAZI,                                   Case No: 8-08-bk-07435-MGW

      Debtors.             /

**OBJECTION TO CONFIRMATION AND MOTION FOR EXTENSION OF
TIME TO FILE APPLICATION FOR ADMINISTRATIVE EXPENSE**

**COMES NOW** BUDDY D. FORD, P.A., by and through its undersigned counsel, and pursuant to 11 U.S.C. Section 1129, hereby objects to the Confirmation of Debtor's Chapter 11 Plan (hereinafter the "Plan") and to the Debtor's Disclosure Statement (the "Disclosure Statement"), and in support thereof states as follows:

**BACKGROUND**

1. On or about May 24, 2008, MOHSEN P. SARFARAZI and FAITH A. SARFARAZI (the "Debtors"), filed for protection under Chapter 11 of Title 11 of the Bankruptcy Code.

2. Debtors are individuals who presently reside in Marion County, Ocala, Florida but are in the process of relocating to Tampa, Florida. The Debtors own considerable investment real property and companies. Their largest creditor Tierra Investments is located in Tampa, Florida and consents to the venue in Tampa.

3. In addition, Co-Debtor, Mohsen P. Sarfarazi, filed a Chapter 11 case for his company, Villageside Park, LLC., styled *in re Villageside Park, LLC.*, Case No.: 8:08-bk-07434-MGW. Villageside Park, LLC., is a Florida Limited Liability Company formed on August 24, 2007. Debtor is in the business of purchasing and developing real estate. Mohsen P. Sarfarazi is the sole Member of the company. Presently, the Debtor's sole asset is real property, more particularly described as 17 Parcels = 89 Acre located at Lake Ella Rd., Adjacent to the Villages [Legal: NW 1/4 of SW 1/4 - Less S 65.57 Ft of E 1/2 of NW 1/4 of SW 1/4 -- W 1/2 of E 1/2 of SW 1/4 of NW 1/4, W 1/2 of E 1/2 of NW 1/4 of NW 1/4, SW 1/4 of SW 1/4 of NW 1/4, W 1/2 of SW 1/4 of SW 1/4 - O.R.

-1-

Book 2710, page 688, Parcel #31-18-24-000200001500].

4. On or about July 2, 2009, an Order was entered approving Debtors' Application to Employ Buddy D. Ford, P.A, as counsel for the Debtors **(Docket #30)**.

5. Counsel performed services as agreed between the parties; however, a conflict of interest arose and accordingly, Buddy D. Ford, PA filed a Motion to Withdraw as Counsel and an Order Granting the Motion to Withdraw as Counsel was entered on December 29, 2008 **(Docket #65)**.

6. On or about March 27, 209, the Debtors through new counsel filed an Amended Plan of Reorganization **(Docket #80)** and Amended Disclosure Statement **(Docket #81)**.

7. Presently, the hearing on the Amended Disclosure Statement and confirmation of the Amended Plan are scheduled for August 5, 2009 at 1:30 p.m. as set forth in the Order Continuing and Rescheduling Hearing on Approval of Amended Disclosure Statement and Confirmation of Amended Plan entered on May 19, 2009 **(Docket #98)**.

## OBJECTION TO CONFIRMATION

8. The Amended Plan of Reorganization (the "Plan"), that is presently proposed by the Debtor before the Court does not provide for the full payment of all claims.

9. The Plan of Reorganization, as presented, is not confirmable, inasmuch as it:

   a) has not been proposed in good faith (11 U.S.C.§1129(a)(3));

   b) is not feasible (11 U.S.C.§1129(a)(11));

   c) violates the absolute priority rule;

   d) is likely to be followed by a Chapter 7 liquidation; and

   e) is not in the best interest of creditors (11 U.S.C.§1129(a)(2)(A)).

10. It is in the best interest of the Creditors that a Chapter 7 Trustee be appointed to review the transactions between the principals and other insiders.

## MOTION TO EXTENSION OF TIME TO FILE APPLICATION FOR ADMINISTRATIVE EXPENSE

11. Movant requests an additional twenty (20) days within which to submit its

Application for Administrative Expenses.

**WHEREFORE**, BUDDY D. FORD, P.A., respectfully requests this Honorable Court to sustain its Objection to Confirmation; grant its request for an extension of time to file its Application for Administrative Expenses; and for such and other relief as this Court shall deem appropriate.

**I HEREBY CERTIFY** that on this 29 day of July, 2009, a true and correct copy of the foregoing has been furnished by ■ CM/ECF Electronic Mail to:

Gregg S. Ahrens gxa@adorno.com; ixa@adorno.com; mxr@adorno.com; bsoler@adorno.com;
Peggy McNew Ballweg midbkmail@echevarria.com;
Jennifer Waugh Corinis jennifer.corinis@usdoj.gov;
Frederic J. DiSpigna fdispigna@dstern.com; icoronel@dtsern.com; lveith@dtsern.com; bankruptcyecf@dstern.com;
Herbert R. Donica ecf-hrd@donicalaw.com; ecf-cd@donicalaw.com; ecf-sdl@donicalaw.com; sandy@donicalaw.com;
Benjamin E. Lambers Ben.E.Lambers@usdoj.gov;
United States Trustee - TPA USTPRegion21.ECF@USDOJ.GOV;

and by ■ Regular U.S. Mail to:

N. Albert Bacharach, 115 N.W. 6th Ave., Gainesville, FL 32601;
GE Money Bank, c/o Recovery Management Systems Corp., Attn: Ramesh Singh, 25 SE 2nd Ave. Ste. 1120, Miami, FL 33131;
Robert S. Hobbs, Harry M. Hobbs, P.A., 4304 West El Prado Blvd., Tampa, FL 33629;
Mohsen P. Sarfarazi and Faith A. Sarfarazi, 3235 SW 41st Avenue, Ocala, FL 34474;
James M. Thompson, Nelson, Bisconti, Thompson & McClain LLC, 1005 North Marion Street, Tampa, FL 33602;
20 Largest Unsecured Creditors.

Respectfully submitted,

BUDDY D. FORD, P.A.,

Buddy D. Ford, Esquire (FBN: 0654711)
Email: *Buddy@tampaesq.com*
115 North MacDill Avenue
Tampa, Florida 33609-1521
Telephone #: (813) 877-4669
Facsimile #: (813) 877-5543
Office Email: *Nancy@tampaesq.com*
Attorney for Debtor

| Label Matrix for local noticing<br>113A-8<br>Case 8:08-bk-07435-MGW<br>Middle District of Florida<br>Tampa<br>Mon Jul 20 16:34:20 EDT 2009 | AAA Financial Svcs (MBNA)<br>PO Box 15721<br>Wilmington, DE 19886-5721 | Countrywide Home Loans Inc<br>c/o Gregg S Ahrens<br>Adorno & Yoss LLP<br>2525 Ponce de Leon Blvd Ste 400<br>Miami FL 33134-6044 |
|---|---|---|
| Dr. Mansoor Sarfarazi<br>263 Farmington Ave.<br>Farmington, CT 06030-0001 | Dr. Marcuss Sarfarazi<br>263 Farmington Ave.<br>Farmington, CT 06030-0001 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 S.E. Second Avenue<br>Ingraham Building, Suite 1120<br>Miami, Florida 33131-1506 |
| GMAC Mortgage (MBNA)<br>FIA Card Services<br>PO Box 15721<br>Wilmington, DE 19886-5721 | GMAC Mortgage, LLC<br>c/o David J. Stern, PA<br>900 South Pine Island Rd, Suite 400<br>Plantation, FL 33324-3920 | GMAC Mortgage, LLC<br>c/o Peggy McNew Ballweg, Esq.<br>Florida Default Law Group, P.L.<br>PO Box 25018<br>Tampa, FL 33622-5018 |
| (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 21126<br>PHILADELPHIA PA 19114-0326 | John T. Driscoll, CPA<br>3442 SE Lake Weir Rd.<br>Ocala, FL 34471-6712 | Michael J. Cooper, Esq.<br>321 NW 3rd Ave.<br>Ocala, FL 34475-8818 |
| Nelson, Bisconti & Thompson<br>Attn: James M. Thompson, Esq<br>718 W. MLK, Jr. Blvd., #200<br>Tampa, FL 33603-3135 | Padro Buying Group<br>PO Box 328<br>Largo, FL 33779-0328 | Stephen J. Berlinsky, Esq.<br>735 W. Montrose St.<br>Clermont, FL 34711-2121 |
| SunTrust Bank<br>PO Box 79282<br>Baltimore, MD 21279-0282 | Tierra Investments LLC<br>c/o Herbert R Donica Esq<br>106 S Tampania Ave Suite 250<br>Tampa FL 33609-3256 | United States Trustee<br>attn: Benjamin Lambers<br>501 E. Polk Street, Suite 1200<br>Tampa, FL 33602-3945 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
Special Procedures Staff
400 W. Bay St., Stop 5720
Jacksonville, FL 32202

End of Label Matrix
Mailable recipients    17
Bypassed recipients     0
Total                  17