UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

MOHSEN P. SARFARAZI
FAITH A. SARFARAZI                                                  Case No. 8-08-bk-07435MGW
                                                                                    Chapter 11
     Debtors.
_____/

**<u>FIRST AMENDMENT TO AMENDED CHAPTER 11 PLAN OF REORGANIZATION</u>**

MOHSEN P. SARFARAZI and FAITH A. SARFARAZI (the "Debtors"), by and through their undersigned counsel, do hereby file this First Amendment to the Amended Chapter 11 Plan of Reorganization as follows:

1. Paragraph 2.3 and 2.5 addressing the classification and treatment of the Class Three and Five Creditor, the secured claims of Countrywide Mortgage/Bank of America, are deleted and in its place the following is inserted:

2.3 Class 3. <u>The Secured Claim of Countrywide Mortgage/Bank of America (Homestead):</u> Class 3 consists of the secured claim of Countrywide Mortgage with a mortgage lien on the Debtors homestead located at 3235 SW 41st Ave., Ocala, FL 34474. The Class Three Creditor's claim shall be allowed as secured for a total secured claim of $150,000. The balance of the Class Three Creditor's claim shall be allowed as unsecured and treated as a Class 9 claim under the Debtors' Plan of Reorganization. The secured claim identified herein shall be paid in monthly payments together with interest at 3 1/2% per annum amortized over a period of ten (10) years. The first payments shall be due on the first day of the first month after Confirmation but not sooner than 30 days after Confirmation. The liens of the Class Three creditor will be preserved and will not be affected by Confirmation. The liens of the Class Five

1

creditor will be preserved and will not be affected by Confirmation.

2.5 Class Five. <u>The Secured Claim of Countrywide Mortgage/Bank of America:</u> The Class Five creditor has a mortgage lien on real properties located at 4145 SW 33rd Street, Ocala, FL 34474. The Class Five Creditor's claim shall be allowed as secured for a total secured claim of $150,000. The balance of the Class Five Creditor's claim shall be allowed as unsecured and treated as a Class 9 claim under the Debtors' Plan of Reorganization. The secured claim identified herein shall be paid in monthly payments together with interest at 3 1/2% per annum amortized over a period of ten (10) years. The first payments shall be due on the first day of the first month after Confirmation but not sooner than 30 days after Confirmation. The liens of the Class Five creditor will be preserved and will not be affected by Confirmation.

2. Paragraph 2.6 addressing the classification and treatment of the Class Six Creditor, the secured claim of GMAC Mortgage LLC, is deleted and in its place the following is inserted:

2.6 Class Six. <u>The Secured Claims of GMAC Mortgage, LLC:</u> Class 6 consists of the secured claims of GMAC Mortgage LLC with mortgage liens on three separate parcels of real property all located in Ocala, Florida. The parcels of real property are more fully described as lots 45, 46 and 65 Via Paradisus. The values are as follows:

a. Lot 45 valued at $158,334.00;

b. Lot 46 valued at $158,334.00;

c. Lot 65 valued at 173,334.00.

The Class Six creditors claim shall be allowed as secured in the amounts set forth hereinabove as to each separate item of collateral for a total secured for a total secured claim of

490,002. The balance of the Class Six Creditor's claim shall be allowed as unsecured and treated as a Class 9 claim under the Debtors' Plan of Reorganization. The secured claim identified herein shall be paid in monthly payments together with interest at 3 1/2% per annum amortized over a period of ten (10) years. The first payments shall be due on the first day of the first month after Confirmation but not sooner than 30 days after Confirmation. The liens of the Class Six creditor will be preserved and will not be affected by Confirmation.

3. Paragraph 2.7 addressing the classification and treatment of the Class Seven Creditor, the secured claim of Tierra Investments, LLC, is deleted and in its place the following is inserted:

2.7 Class Seven. <u>The Secured Claim of Tierra Investments, LLC</u>: Class 7 consists of the secured claim of Tierra Investments, LLC ("Tierra") with a mortgage lien on real property located at 211 S.W. 29th Place, Ocala, Florida. The Debtors dispute the claim of the Class 7 creditor and this Plan deals only with the claim if allowed. The Class 7 creditor shall retain the liens securing its allowed claim and shall receive a promissory note with the following terms:

**Principal Amount**: $427,693.15

**Interest Rate:** 7% interest per annum from the balloon date. Adequate protection payments in the bankruptcy case shall be applied to principal and interest in reduction of the Allowed Amount.

**Monthly Payment Terms:** Monthly payments of $4,000 which payments are due and payable on the first business day of each calendar month and continue until such time as the Allowed Claim is paid in full.

**Collateral:** The Class 7 creditor shall retain its lien against the collateral securing its claim to the

same extent, validity and priority that such claim had prior to the Petition Date.

Dated this 26th day of October, 2009.

                                           MORSE & GOMEZ, P.A.

                                           /s/Bernard Morse, Esq._____
                                           BERNARD J. MORSE, ESQUIRE
                                           11268 Winthrop Main Street
                                           Suite 102
                                           Riverview, Florida 33578
                                           Telephone: (813) 341.8400
                                           Facsimile: (813) 463.1807
                                           Florida Bar No. 462251
                                           chipmorse@morsegomez.com

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished this 26th day of October, 2009 by regular U.S. Mail and/or electronic mail to: Office of the United States Trustee, 501 East Polk Street, Suite 1200, Tampa, Florida 33602; GMAC Mortgage, LLC, c/o Peggy McNew Ballweg, Esq., Florida Default Law Group PL, P.O. Box 25018, Tampa, FL 33622-5018; GMAC Mortgage, LLC, c/o Frederic J. Dispigna, Esq., 900 S. Pine Island Rd., Suite 400, Plantation, FL 33324; Tierra Investments, LLC, c/o Herbert R. Donica, Esq., 106 S. Tampania Ave., Suite 250, Tampa, FL 33609; and Country Home Loans, Inc., c/o Gregg S. Ahrens, Esq., 2525 Ponce de Leon blvd., Ste. 400, Miami, FL 33134-6044.

                                           /s/ Bernard Morse, Esq._____
                                           BERNARD J. MORSE, ESQUIRE

F:\Shared Office Files\Sarafrazi, Paul\Pleadings\plan amendment.doc