UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:

MOHSEN P. SARFARAZI AND
FAITH A. SARFARAZI,

       Debtors.

Chapter 11

Case No. 8:08-bk-07435-MGW

_____/

## CREDITOR'S WITNESS LIST

Creditor Internal Revenue Service, by and through the undersigned counsel, hereby provides this witness list whom the Internal Revenue Service intends to call to testify at the Final Evidentiary Hearing in this matter, scheduled for March 23, 2010.

1.     Ray Zacek
   Internal Revenue Service
   c/o Counsel for the Internal Revenue Service

Dated this 4th day of March, 2010.

                                          A. LEE BENTLEY, III
                                          Acting United States Attorney

                                          By: */s/ Jennifer Waugh Corinis*
                                          JENNIFER WAUGH CORINIS
                                          Assistant United States Attorney
                                          Florida Bar Number 49095
                                          400 North Tampa Street, Suite 3200
                                          Tampa, Florida 33602
                                          Telephone: (813) 274-6310
                                          Facsimile: (813) 274-6198
                                          E-mail: jennifer.corinis@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that a copy of foregoing CREDITOR'S WITNESS LIST was served on March 4, 2010 by either electronic transmission or by United States Mail, first class postage prepaid, to the following:

    Moshen Paul Sarfarazi
    Faith Sarfarazi
    *Pro se* Debtors
    3235 SW 41st Avenue
    Ocala, FL 34474

    United States Trustee (United States Trustee)
    Timberlake Annex, Suite 1200
    501 E. Polk Street
    Tampa, FL 33602

    All creditors on the mailing matrix

                      */s/ Jennifer Waugh Corinis*
                      JENNIFER WAUGH CORINIS
                      Assistant United States Attorney