UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                          Case No. 8:08–bk–07435–MGW
                                                                Chapter 11


Mohsen P. Sarfarazi
3235 SW 41st Avenue
Ocala, FL 34474


Faith A. Sarfarazi
3235 SW 41st Avenue
Ocala, FL 34474


_____ Debtor(s) _____ /

NOTICE OF HEARING ON
APPLICATION FOR COMPENSATION OF PROFESSIONALS

NOTICE IS HEREBY GIVEN THAT:

A hearing will be held in Tampa, FL – Courtroom 8A, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue on March 23, 2010 at 09:30 AM, before the Honorable Michael G. Williamson, United States Bankruptcy Judge, to consider and act upon the following matter:

An application for compensation of professionals filed by Bernard J Morse who has been employed to represent the Debtor in the above styled case, (Doc. No. 266 ).

The application seeks an award of $2177.50 in fees and $26.36in expenses. Of this amount, the professional received a pre–petition retainer of $ N/A .

The amounts sought in this application are in addition to the following amounts that were previously approved by the court: $ 25,334.90 on 11/25/09; $5895.11 on 2/25/10

Any party desiring to object to this application for compensation of professionals shall file an objection in writing no later than seven days before the hearing. The objecting party shall serve a copy of the objection on the applicant, the debtor, counsel for the debtor, the trustee (if any), counsel for the official committee (if any), and the United States Trustee.

Appropriate Attire. You are reminded that Local Rule 5072–1(b)(16) requires that all persons appearing in court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073–1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

DATED on March 4, 2010 .

FOR THE COURT
Lee Ann Bennett , Clerk of Court
Sam M. Gibbons United States Courthouse
801 North Florida Avenue, Suite 555

Tampa, FL 33602