# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

In re )
)
MOHSEN P. SARFARAZI and ) Case No. 8:08-bk-07435-MGW
FAITH A. SARFARAZI, ) Chapter 11
)
    Debtors. )
)

## ORDER STRIKING MOTION REQUESTING
## CLARIFICATION OF THE RECORD OF COUNTRYWIDE'S ATTORNEY
## ON FILE AND POSSIBLE SCHEDULING FOR A CRAM-DOWN HEARING

THIS CAUSE came on for hearing before the Court on February 10, 2010, for consideration of the "Motion Requesting Clarification of the Record of Countrywide's Attorney on File and Possible Scheduling for a Cram-Down Hearing" (the "Motion"), filed by the above-referenced debtors (the "Debtors") on or about February 8, 2010. At the hearing, Stephenie Biernacki Anthony, Esquire appeared on behalf of BAC Home Loans Servicing, LP fka Countrywide Home Loans Servicing, LP fka Countrywide Home Loans, Inc., its assignees and/or successors in interest (the "Secured Creditor"); Mohsen Paul Sarfarazi appeared pro se; and Benjamin E. Lambers appeared on behalf of the Office of the United States Trustee.

The Court, having considered the Motion and the record, as well as argument of the parties, deems itself advised in the matter. Therefore, for the reasons stated orally and recorded in open Court, that shall constitute the decision of the Court, it is

**ORDERED, ADJUDGED AND DECREED** that:

1. The Motion is hereby STRICKEN from the record.

**DONE AND ORDERED** in chambers, at Tampa, Florida, on March 05, 2010 _____.

*[signature: M.G. Williamson]*

**MICHAEL G. WILLIAMSON**
**U.S. Bankruptcy Court Judge**

Conformed copies to:

John A. Anthony, Esquire, Anthony & Partners, LLC, 201 N. Franklin Street, Suite 1670, Tampa, Florida 33602
Mohsen P. Sarfarazi and Faith A. Sarfarazi, 3235 SW 41st Avenue, Ocala, Florida 34474
Benjamin E. Lambers, Esquire, Office of U.S. Trustee, 501 East Polk Street, Suite 1200, Tampa, Florida 33602