UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 08-07435-MGW

*In re:*  CHAPTER 11

FAITH A. SARFARAZI
MOHSEN P. SARFARAZI
   Debtors.
_____/

**COUNTRYWIDE'S OBJECTION TO CONFIRMATION OF DEBTORS'
REVISED AMENDED CHAPTER 11 PLAN OF REORGANIZATION**

Secured Creditor BAC Home Loan Servicing LP fka Countrywide Home Loan Servicing LP ("Countrywide") through counsel files this its Objection to the Revised Amended Chapter 11 Plan of Reorganization [DE-249] and states:

1. This Objection pertains specifically to the secured claim of Countrywide addressed as Class 3 in the Debtors' Revised Amended Chapter 11 Plan of Reorganization (pertaining to the Debtors' homestead at 3235 Southwest 41st Avenue, Ocala, Florida) with creditor characterized as Countrywide Mortgage/Bank of America.

2. Countrywide was previously successful in an Objection to Confirmation relative to this claim, because the Debtors had attempted to modify the terms of the subject mortgage which is secured by the Debtors' principal place of residence.

3. In response to the Court's Order prohibiting the Debtors from modification of this mortgage, the Debtors revised their plan to state that the subject claim would be paid, "as originally agreed." The Debtors' original plan provided, in relevant portion, ". . .the Debtor will continue making this payment in accordance with the mortgage post-confirmation. . ."

4. Unfortunately, the Debtors have fallen significantly behind with the post-petition payments on the subject mortgage.

5. As of March 2010, the Debtors are delinquent post-petition for ten months (7/09 through 3/10) of monthly payments at $2,065.65 for a total post-petition arrearage of $20,656.50.

6. For the Debtors to be in compliance with their current plan, as proposed, they will have to make immediate payment of the $20,656.50 so that the Debtors can resume payments "in due course" as contemplated and stated under Paragraph 2.3 of the Debtors' Revised Amended Chapter 11 Plan of Reorganization.

WHEREFORE, Countrywide respectfully requests the Court deny confirmation unless the Debtor becomes current with post-petition payments at or before confirmation.

ADORNO & YOSS LLP
2525 Ponce de Leon Boulevard
Suite 400
Miami, FL 33134
Telephone: (305) 460-1000
Fax: (305) 460-1421

/s/Gregg S. Ahrens
Gregg S. Ahrens
Florida Bar No. 352837

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served via U.S. Mail and/or by electronic mail on the 16 day of March, 2010, to the following parties:

Moshen P. Safarzi
3235 SW 41st Avenue
Ocala, Florida  34474

United States Trustee – TPA
Timberlake Annex, Suite 1200
501 E. Polk Street
Tampa, FL  33602

Faith A. Safarzi
3235 SW 41st Avenue
Ocala, Florida  34474

Benjamin E. Lambers
Timberlake Annex, Suite 1200
501 Polk Street
Tampa, FL  33602

Bernard Morse, Esq.
Morse & Gomez P.A.
11268 Winthrop Main Street
Suite 102
Riverview, Florida  33578

/s/Gregg S. Ahrens
Gregg S. Ahrens