UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In Re:

MOHSEN P. SARFARAZI AND
FAITH A. SARFARAZI,

        Debtors.

Chapter 11

Case No. 8:08-bk-07435-MGW

_____/

## **MOTION FOR RECONSIDERATION OF CONFIRMATION OF AMENDED PLAN**

      Creditor Internal Revenue Service, by and through the undersigned counsel, hereby submits this motion for reconsideration of the confirmation of Debtors' Amended Plan of Reorganization. In support thereof, the IRS states as follows:

      1.      The Internal Revenue Service filed an objection to the confirmation of Debtors' plan on the ground that it did not comply with the Internal Revenue Code. Specifically, the objection was to the following provisions of the plan:

            A.      The secured and priority tax claims of the Internal Revenue Service will be provided for through a promissory note in the amount of the allowed claim, plus statutory interest, to be paid over 72 months, with payments commencing 180 days after confirmation.

      2.      This provision does not satisfy 11 U.S.C. § 1129(a)(9)(C)(ii), which requires that priority claims be paid in regular installment payments in cash over a period ending not later than 5 years after the petition date commencing 30 days after confirmation.

      2.      A hearing was held on the IRS's objection to the plan on February 10, 2010.

3. At that hearing, this Court sustained the IRS's objections and made it a condition of confirmation that the plan be amended so that it conformed with 11 U.S.C. §1129(a)(9)(C)(ii).

4. At the hearing held yesterday, March 23, 2010, the IRS engaged in a Final Evidentiary Hearing to adjudicate Debtors' objection to the IRS's claim. At that time, Debtors informed the undersigned that they had filed an amended plan. That amended plan was not available on the court's docket on March 23; rather, it was entered on the docket today, March 24, 2010. The IRS did not, therefore, have a copy of the filed version of the plan.

5. The undersigned was not aware that this plan, which was not on the docket at the time of the hearing, would be confirmed, and instead understood (obviously mistakenly) that confirmation would be continued to allow the parties to file objections thereto. Because amendment of the plan in accordance with this Court's ruling on February 10 was a condition of confirmation, the undersigned was not aware that the Court would confirm the plan without the required amendments, or that the Court would confirm .

5. The Amended Plan, which was entered onto the docket today, March 24, 2010, contains the same language in paragraph 2.2 to which the IRS objected, and which this Court ordered must be amended as a condition of confirmation.

6. The IRS requests that this Court grant relief to permit the Debtors to submit an Amended Plan containing the statutorily required provisions described above, which this Court ruled were a condition of confirmation.

7. The undersigned conferred with Mr. Sarfarazi today; he indicated that he mistakenly forgot to make the required amendments due to the amount of work he was doing in preparation for the hearing. He indicates that he will submit an amended plan that modifies paragraph 2.2 to conform to the statute and to this Court's ruling.

8. This amendment relates solely to the Internal Revenue Service and should not have any affect on the other creditors, all of whom were on notice as of the Court's February 10 ruling sustaining the IRS's objections and requiring conforming amendments as a condition of confirmation.


Dated this 24th day of March, 2010       A. LEE BENTLEY, III
Acting United States Attorney


By: */s/ Jennifer Waugh Corinis*
JENNIFER WAUGH CORINIS
Assistant United States Attorney
Florida Bar Number 49095
400 North Tampa Street, Suite 3200
Tampa, Florida 33602
Telephone: (813) 274-6310
Facsimile: (813) 274-6198
E-mail:jennifer.corinis@usdoj.gov

# CERTIFICATE OF SERVICE

I hereby certify that a copy of foregoing MOTION FOR RECONSIDERATION was served on March 24, 2010 by either electronic transmission or by United States Mail, first class postage prepaid, to the following:

    Moshen Paul Sarfarazi
    Faith Sarfarazi
    *Pro se* Debtors
    3235 SW 41st Avenue
    Ocala, FL 34474

    United States Trustee (United States Trustee)
    Timberlake Annex, Suite 1200
    501 E. Polk Street
    Tampa, FL 33602

    All creditors on the mailing matrix

                                     */s/ Jennifer Waugh Corinis*
                                     JENNIFER WAUGH CORINIS
                                     Assistant United States Attorney