UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Case No. 8:08-bk-07435-MGW
 Chapter 11
MOHSEN P. SARFARAZI and
FAITH A. SARFARAZI,

    Debtors.
_____/

# ORDER DENYING DEBTORS' MOTIONS AND
# AND DIRECTING PAYMENT TO ATTORNEY FORD

THIS CASE came on for hearing on March 23, 2010 ("Hearing"), to consider the following three Motions filed by the Debtors:

1. Debtors' Motion Disputing Attorney Ford's Recent Testimony, Submitting Supplementary Information Reaffirming the Invalidity of the Attorney's Billed Administrative Fees, and Request for a Reconsideration or a Rehearing (Doc. No. 256),

2. Debtors' Motion Requesting Sanctioning of Attorney Ford (Doc. No. 278), and

3. Debtors' Motion Requesting Clerk of the Court Clarifying Payments of the Filing Fee(s) and Statement(s) Made by Attorney Ford or His Firm Regarding the Case(s) (Doc. No. 280)

(collectively, "Debtors' Motions"). The Court notes that the second and third of the Debtors' Motions (Doc. Nos. 278, 280) were presented to the Court at the above referenced Hearing but had not previously been docketed.

For the reasons stated orally and recorded in open court, the Court finds it appropriate to deny Debtors' Motions. It is also appropriate to direct the Debtors to pay the outstanding fees and costs owed to Buddy D. Ford, Esquire ("Ford") after Ford complies with this Court's Order (Doc. No. 287) and files an accounting of his fees and costs.

**ORDERED:**

1.    The Debtors' Motions are DENIED.

1

2. Within five business days after Ford files an accounting of his fees and costs in the case styled, *In re Villageside Park, Inc.*, Case No.: 8:08-bk-07434-MGW, the Debtors shall pay Ford the **$3,140.40** owed pursuant to this Court's Order (Doc. No. 287). This payment shall be delivered to the office of Buddy D. Ford, P.A., 115 North MacDill Avenue, Tampa, Florida 33609-1521.

3. Within three business days of receiving the payment, Ford shall file with the Court a statement indicating that the total payment has been made.

April 02, 2010

**DONE** and **ORDERED** in Chambers at Tampa Florida on _____.

_____
Michael G. Williamson
United States Bankruptcy Court Judge

Copies to be provided by CM/ECF service.

# CERTIFICATE OF NOTICE

```
District/off: 113A-8           User: ritchd              Page 1 of 1               Date Rcvd: Apr 02, 2010
Case: 08-07435                 Form ID: pdfdoc           Total Noticed: 2
```

The following entities were noticed by first class mail on Apr 04, 2010.
db/jdb      +Mohsen P. Sarfarazi,   Faith A. Sarfarazi,   3235 SW 41st Avenue,   Ocala, FL 34474-9830
aty          Buddy D. Ford,   115 N. MacDill Avenue,   Tampa, FL 33609-1521

The following entities were noticed by electronic transmission.
NONE.                                                                                               TOTAL: 0
            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 04, 2010**                    Signature:    *Joseph Speetjens*