UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                                Case No. 8:08−bk−07435−MGW
                                                                      Chapter 11

Mohsen P. Sarfarazi
3235 SW 41st Avenue
Ocala, FL 34474


Faith A. Sarfarazi
3235 SW 41st Avenue
Ocala, FL 34474


_____ Debtor* _____/

NOTICE OF PRELIMINARY HEARING

NOTICE IS HEREBY GIVEN THAT:

A preliminary hearing will be held in, Courtroom 8A, Sam M. Gibbons United States Courthouse, 801 N. Florida Ave., Tampa, FL 33602 on May 19, 2010 at 11:00 AM before the Honorable Michael G. Williamson , United States Bankruptcy Judge, to consider and act upon the following matter(s):

Motion for Reconsideration of Confirmation (Doc No 283) filed by the Internal Revenue Service; Renewed Motion for Sanctions against Attorney Ford (Doc No 286) filed by Debtors

Conduct of Hearing. The court will not permit the introduction of testimony or documentary evidence at the preliminary hearing. However, the court will consider as part of the record affidavits that are offered without objection, uncontradicted proffers of evidence made by counsel, and judicial and evidentiary admissions made by the parties in open court or in the papers and schedules filed with the court. NOTICE IS HEREBY GIVEN to the parties that at the preliminary hearing, the court on its own motion may grant summary judgment in favor of the movant or respondent as to all or part of the relief requested, if there is no genuine issue as to any material fact and some or all of the relief requested should be granted or denied as a matter of law.

Appropriate Attire. You are reminded that Local Rule 5072−1(b)(16) requires that all persons appearing in court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

Avoid delays at Courthouse security checkpoints. You are reminded that Local Rule 5073−1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

Matters in which the Internal Revenue Service is a party. Counsel for the Internal Revenue Service may appear in person or by telephonic conference. To confirm attendance by telephonic conference, contact the courtroom deputy at (813) 301−5522 at least 48 hours before the scheduled hearing.

DATED on April 5, 2010 .

FOR THE COURT
Lee Ann Bennett , Clerk of Court

Sam M. Gibbons United States Courthouse
801 North Florida Avenue, Suite 555
Tampa, FL 33602

*All references to "debtor" shall include and refer to both debtors in a case filed jointly by two individuals.

# CERTIFICATE OF NOTICE

The following entities were noticed by first class mail on Apr 07, 2010.
```
db/jdb      +Mohsen P. Sarfarazi,  Faith A. Sarfarazi,   3235 SW 41st Avenue,   Ocala, FL 34474-9830
aty          Buddy D. Ford,  115 N. MacDill Avenue,   Tampa, FL  33609-1521
intp        +Buddy Ford, P.A.,  115 N. MacDill Avenue,   Tampa, FL 33609-1521
14603957    +Dept. of Justice, Tax Div,   PO Box 14198,   Benjamin Franklin Station,
             Washington, DC 20044-4198
14603965    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
             PHILADELPHIA PA 19114-0326
             (address filed with court:  Internal Revenue Service,   Special Procedures Staff,
             400 W. Bay St., Stop 5720,  Jacksonville, FL 32202)
14604454    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
             PHILADELPHIA PA 19114-0326
             (address filed with court:  Internal Revenue Service,   P.O. Box 21126,   Philadelphia, PA 19114)
14604455    +Office of US Attorney,  Attn Civil Process Clerk,   400 North Tampa St Suite 3200,
             Tampa FL 33602-4774
14603978    +U.S. Attorney General,   10th St.&Constitution Ave.NW,   Washington, DC 20530-0001
```

The following entities were noticed by electronic transmission.
NONE.                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 07, 2010**                    **Signature:**