UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Case No. 8:08-bk-07435-MGW
        Chapter 11

Mohsen P. Sarfarazi and
Faith A. Sarfarazi,

     Debtors.
_____/

**ORDER VACATING ORAL CONFIRMATION RULING
AND SETTING FURTHER HEARING ON CONFIRMATION**

THIS CASE came on for hearing on March 23, 2010 ("Hearing"), to consider confirmation of the Debtors' Revised Amended Chapter 11 Plan of Reorganization (Doc. No. 249) ("Plan I"). At the Hearing, the Debtors presented copies of their Modified Chapter 11 Plan of Reorganization (Doc. No. 277) ("Plan II") and Amended Disclosure Statement (Doc. No. 276), both of which had not been circulated to the creditors prior to the Hearing. The Court considered Plan II and the Amended Disclosure Statement, finding that all the elements of Plan II satisfied 11 U.S.C. § 1129. The Court then ordered that Plan II was to be confirmed if certain administrative fees (i.e., outstanding attorneys' fees) were paid within three days, by March 26, 2010. Since the Hearing, the Debtors have filed yet another Revised Modified Chapter 11 Plan of Reorganization (Doc. No. 285) ("Plan III").

The Court has reviewed all three plans and determined that they may contain conflicting provisions. Moreover, the latest Plan III may contain provisions that do not reflect the agreements reached with certain creditors before the Hearing. In fact, the Internal Revenue Service ("IRS") has filed a Motion for Reconsideration of Confirmation of Amended Plan (Doc. #283) ("IRS Motion"), alleging a conflict between Plan II and an agreement made with the

1

Debtors in February.

Based on the above, the Court finds it appropriate to vacate its oral ruling to confirm Plan II and to schedule a further hearing to consider confirmation of Plan III. At that time, the Court will consider the IRS Motion as well as any other motions relevant to confirmation. Accordingly, it is

**ORDERED:**

1. The Court's oral ruling to confirm Plan II is VACATED.

2. The Court will conduct a hearing on confirmation of Plan III, including the IRS Motion and other timely filed objections to confirmation, on **May 19, 2010 at 11:00 a.m.** in Tampa, FL, Courtroom 8A, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue.

**DONE** and **ORDERED** in Chambers at Tampa Florida on April 05, 2010.

_____
Michael G. Williamson
United States Bankruptcy Court Judge

Copies to be provided by CM/ECF service.

# CERTIFICATE OF NOTICE

```
District/off: 113A-8          User: ritchd              Page 1 of 2              Date Rcvd: Apr 05, 2010
Case: 08-07435                Form ID: pdfdoc           Total Noticed: 69
```

The following entities were noticed by first class mail on Apr 07, 2010.

```
db/jdb      +Mohsen P. Sarfarazi,   Faith A. Sarfarazi,   3235 SW 41st Avenue,   Ocala, FL 34474-9830
aty         +Bernard J. Morse,   Morse & Gomez PA,   11268 Winthrop Main Street, Suite 102,
              Riverview, FL 33578-4266
aty          Buddy D. Ford,   115 N. MacDill Avenue,   Tampa, FL  33609-1521
aty         +James M Thompson,   Nelson, Bisconti, Thompson & McClain LLC,   1005 North Marion Street,
              Tampa, FL 33602-3404
aty          N. Albert Bacharach, Jr.,   115 N.W. 6th Avenue,   Gainesville, FL  32601
aty         +Robert S Hobbs,    Hobbs and Hobbs, P.L.,    P.O. Box 18225,   Tampa, FL 33679-8225
cr          +BAC Home Loans Servicing, LP,   Polk, Prober, & Raphael, Law Corporation,
              20750 Ventura Blvd., Suite 100,   Woodland Hills, CA 91364-6207
cr          +BAC Home Loans Servicing, LP fka Countrywide Home,   c/o John A. Anthony, Esquire,
              Anthony & Partners, LLC,   201 N. Franklin Street,   Suite 2400,   Tampa, FL 33602-5814
intp        +Bernard J Morse,   Morse & Gomez, P.A.,   11268 Winthrop Main St.,   Ste. 102,
              Riverview, FL 33578-4266
intp        +Buddy Ford, P.A.,   115 N. MacDill Avenue,   Tampa, FL 33609-1521
cr          +Country Home Loans, Inc.,   c/o Gregg S. Ahrens, Esq.,   Adorno & Yoss LLP,
              2525 Ponce de Leon Blvd., Suite 400,   Miami, FL 33134-6044
cr          +GMAC Mortgage, LLC,   Law Offices of David J. Stern, PA,   Frederic J. DiSpigna, Esq.,
              900 South Pine Island Rd Ste.400,   Plantation, FL 33324-3920
cr          +Paul S Rothstein,   626 NE 1st Street,   Gainesville, FL 32601-3391
cr          +Suntrust Mortgage Inc,   Ben-Ezra & Katz, PA,   2901 Stirling Road,   300,
              Ft Lauderdale, FL 33312-6529
14603955    +AAA Financial Svcs (MBNA),   PO Box 15721,   Wilmington, DE 19886-5721
17720856    +BAC Home Loans Servicing, LP,   7105 Corporate Drive,   PTX-B-35,   Plano, TX 75024-4100
17458419    +BAC Home Loans Servicing, LP,   fka Countrywide Home Loans Servicing, LP,   c/o Prober & Raphael,
              20750 Ventura Blvd, #100,   Woodland Hills, CA 91364-6207
14603956    +Countrywide,   PO Box 660694,   Dallas, TX 75266-0694
15267115    +Countrywide Home Loans Inc,   c/o Gregg S Ahrens,   Adorno & Yoss LLP,
              2525 Ponce de Leon Blvd Ste 400,   Miami FL 33134-6044
15261092    +Countrywide Home Loans, Inc.,   c/o Gregg S. Ahrens, Esq.,   Adorno & Yoss LLP,
              2525 Ponce de Leon Blvd., Suite 400,   Miami, FL 33134-6044
14604457     Department of Labor and Security,   Hartman Building Suite 307,   2012 Capital Circle Southeast,
              Tallahassee FL 32399 0648
14604456     Department of Revenue,   PO Box 6668,   Tallahassee FL 32314-6668
14603957    +Dept. of Justice, Tax Div    PO Box 14198,   Benjamin Franklin Station,
              Washington, DC 20044-4198
14603958    +Ditech,   PO Box 9001719,   Louisville, KY 40290-1719
14603959    +Dr. Mansoor Sarfarazi,   263 Farmington Ave.,   Farmington, CT 06030-0001
14603960    +Dr. Marcuss Sarfarazi,   263 Farmington Ave.,   Farmington, CT 06030-0001
14715102    +FIA Card Services, N.A.,   Attn: Mr. BK,   1000 Samoset Dr.,   DE5-023-03-03,
              Newark, DE 19713-6000
14728673     FREDERIC J DISPIGNA , ESQUIRE,   LAW OFFICES OF DAVID J. STERN, P.A.,
              900 SOUTH PINE ISLAND ROAD, SUITE 400,   PLANTATION, FL 33324-3920
14781571    +GE Money Bank,   c/o Recovery Management Systems Corporat,   25 S.E. Second Avenue,
              Ingraham Building, Suite 1120,   Miami, Florida 33131-1506
14603961    +GMAC,   PO Box 780,   Waterloo, IA 50704-0780
14603962     GMAC Mortgage (MBNA),   FIA Card Services,   PO Box 15721,   Wilmington, DE 19886-5721
14730703    +GMAC Mortgage, LLC,   Mail Code 507-345-110,   3451 Hammond Avenue,   Waterloo, IA 50702-5345
14728681    +GMAC Mortgage, LLC,   c/o David J. Stern, PA,   900 South Pine Island Rd, Suite 400,
              Plantation, FL 33324-3920
16931529    +GMAC Mortgage, LLC,   c/o Wanda D. Murray, Esq.,   900 S. Pine Island Road, Suite 400,
              Plantation, FL 33324-3920
14737765     GMAC Mortgage, LLC,   c/o Peggy McNew Ballweg, Esq.,   Florida Default Law Group, P.L.,
              PO Box 25018,   Tampa, FL  33622-5018
14813711    +Gmac Mortgage, Llc,   c/o GMAC Mortgage, LLC,   1100 Virginia Dr,   PO Box 8300,
              Fort Washington, PA 19034-8300
14813702    +Gmac Mortgage,Llc,   3451 Hammond Avenue,   Waterloo, IA 50702-5300
14603963    +Harry Dansby & Robert Scardo,   c/oKristin Cummin-Nailos,Esq,   PO Box 491656,
              Leesburg, FL 34749-1656
15246055     Herbert R. Donica, Esq.,   DONICA LAW FIRM, P.A.,   Co-Counsel for Tierra Investments, LLC,
              106 S. Tampania Avenue, Suite 250,   Tampa, FL 33609-3256
14604454    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court:  Internal Revenue Service,   P.O. Box 21126,   Philadelphia, PA 19114)
14603965    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
              PHILADELPHIA PA 19114-0326
             (address filed with court:  Internal Revenue Service,   Special Procedures Staff,
              400 W. Bay St., Stop 5720,   Jacksonville, FL 32202)
14603964    +Independent Nat'l Bank,   PO Box 2900,   Ocala, FL 34478-2900
14996076    +Independent National Bank,   P.O. Box 2900,   Ocala, Florida 34478-2900
15029152    +James M Thompson,   1005 N Marion St,   Tampa FL 33602-3404
14603966     John T. Driscoll, CPA,   825 SE 3rd Ave Ste 200,   Ocala FL 34471-3777
14603967    +Michael J. Cooper, Esq.,   321 NW 3rd Ave.,   Ocala, FL 34475-8818
15525070    +Mohsen P Sarfarazi,   Faith A Sarfarazi,   4899 SW 2nd Terrace,   Ocala FL 34471-8447
14603968    +Nelson, Bisconti & Thompson,   Attn: James M. Thompson, Esq,   718 W. MLK, Jr. Blvd., #200,
              Tampa, FL 33603-3135
14604455     Office of US Attorney,   Attn Civil Process Clerk,   400 North Tampa St Suite 3200,
              Tampa FL 33602-4774
14603969    +Padro Buying Group,   PO Box 328,   Largo, FL 33779-0328
14603971    +Robert S. Hobbs, Esq.,   4304 W. El Prado Blvd.,   Tampa, FL 33629-8405
14603972     Securities & Exchange Comm,   Branch of Reorganization,   3475 Lenox Rd NE, St. 1000,
              Atlanta, GA 30326
17095225    +Specialized Loan Servicing LLC,   8742 Lucent Blvd Suite 300,   Highlands Ranch, CO 80129-2386
```

```
District/off: 113A-8          User: ritchd              Page 2 of 2                Date Rcvd: Apr 05, 2010
Case: 08-07435                Form ID: pdfdoc           Total Noticed: 69
```

```
17233021       +Specialized Loan Servicing LLC,   c/o Joe M Lozano Jr,   9441 LBJ Freeway Suite 350,
                 Dallas TX 75243-4652
14603973       +Stephen J. Berlinsky, Esq.,   735 W. Montrose St.,   Clermont, FL 34711-2121
14603975       +SunTrust Bank,   PO Box 79282,   Baltimore, MD 21279-0282
14603976       +SunTrust Bank,   c/o Bryce W. Ackerman,   125 NE 1 Ave.,   Ocala, FL 34470-6652
17430717       +SunTrust Mortgage, Inc.,   Attn: Audrey J. Dixon,   2901 Stirling Road, Ste 300,
                 Ft Lauderdale, FL 33312-6529
14603974       +Suntrust,   PO Box 310,   Ocala, FL 34478-0310
14836328       +Suntrust Bank,   Attn. Support Services,   P.O.Box 85092,   Richmond, VA 23286-0001
15256295        Tierra Investments LLC,   c/o Herbert R Donica Esq,   106 S Tampania Ave Suite 250,
                 Tampa FL 33609-3256
14967534       +Tierra Investments LLC,   6300 N Sagewood Dr, Ste H-117,   Park City, UT 84098-7502
14603977       +Tierra Investments, LLC.,   218 E. Bearss Ave., Ste. 409,   Tampa, FL 33613-1625
14603978       +U.S. Attorney General,   10th St.&Constitution Ave.NW,   Washington, DC 20530-0001
14603979       +U.S. Attorneys' Office,   Attn: Civil Process Clerk,   400 N. Tampa St., Ste. 3200,
                 Tampa, FL 33602-4774
The following entities were noticed by electronic transmission on Apr 05, 2010.
cr             +E-mail/PDF: gecsedi@recoverycorp.com Apr 05 2010 23:39:05     GE Money Bank,
                 c/o Recovery Management Systems Corp,   attn: Ramesh Singh,   25 SE 2nd Ave Suite 1120,
                 Miami, Fl 33131-1605
14862726       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM                            Asset Acceptance LLC,
                 Po Box 2036,   Warren MI 48090-2036
14943004        E-mail/Text: resurgentbknotifications@resurgent.com                            LVNV Funding LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14648256       +E-mail/Text: ustpregion21.tp.ecf@usdoj.gov                            United States Trustee,
                 attn: Benjamin Lambers,   501 E. Polk Street, Suite 1200,   Tampa, FL 33602-3945
                                                                                              TOTAL: 4

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Internal Revenue Service
cr              James M Thompson
cr              Tierra Investments LLC
14734749        GMAC Mortgage, LLC
cr*            +Specialized Loan Servicing LLC,   8742 Lucent Blvd Suite 300,   Highlands Ranch, CO 80129-2386
                                                                                              TOTALS: 4, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 07, 2010**               **Signature:** *Joseph Speetjens*