UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

Mohsen P. Sarfarazi and
Faith A. Sarfarazi
    Debtors.
_____/

Case Number: 8:08-bk-07435-MGW

## APPLICATION BY TRUSTEE FOR AUTHORITY TO EMPLOY COUNSEL

The duly appointed Trustee in this Chapter 7 case, BETH ANN SCHARRER, applies for an order approving the employment of Allan C. Watkins, Esquire and Watkins Law Firm, P.A. to represent and assist the Trustee in carrying out the Trustee's duties under the Bankruptcy Code. The attorney will render all legal services as may be required in this case.

1. After reviewing the facts and legal issues in this case, the Trustee has concluded that the assistance of counsel is necessary to enable the Trustee to discharge the Trustee's statutory duties.

2. The Trustee has selected this attorney because the attorney has the ability and experience to render the necessary assistance. The attorney has further agreed to seek compensation at the attorney's standard hourly rates, pursuant to the provisions of Section 330 of the Bankruptcy Code.

3. To the best of the Trustee's knowledge, the attorney has no connection with the Debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

WHEREFORE, BETH ANN SCHARRER, Trustee, prays that the Court will enter the order approving the employment of counsel.

*[signature]*
Beth Ann Scharrer, Trustee
P.O. Box 4550
Seminole, Florida 33775
727/392-8031

## CERTIFICATE OF SERVICE

I CERTIFY that on 05.20.10, a true and correct copy of the foregoing has been provided electronically or by U. S. Mail to the Office of the U. S. Trustee, 501 E. Polk Street Suite 1200, Tampa, FL 33602.

*[signature]*
Beth Ann Scharrer

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

Mohsen P. Sarfarazi and
Faith A. Sarfarazi
    Debtors.

Case Number: 8:08-bk-07435-MGW

_____/

## AFFIDAVIT OF PROPOSED ATTORNEY

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

    I, ALLAN C. WATKINS, Esquire, hereby make a solemn oath:

1. I am an attorney and counselor at law duly admitted to practice in the State of Florida and in this Court.

2. I am a shareholder and officer in the law firm of Watkins Law Firm, P.A., which maintains offices for the practice of law at 707 North Franklin Street, Suite 750, Tampa, Florida 33602 and I am authorized to execute this Affidavit.

3. This firm does not hold or represent an interest adverse to the estate. This statement is made after a review of open cases within the firm. Further, this firm is a disinterested person pursuant to Bankruptcy Code §101 (14) in that neither the firm nor any member of the firm or employee is a creditor, an equity security holder or insider, is not and have not been an investment banker, is not and was not, within two years, an employee, officer or director of the Debtor.

4. I, and other members of my law firm, represent the Trustee in other unrelated bankruptcy cases in which the Trustee also serves as Trustee.

/s/ Allan C. Watkins
ALLAN C. WATKINS, ESQUIRE
Florida Bar Number: 185104
WATKINS LAW FIRM, P.A.
707 North Franklin Street, Ste. 750
Tampa, Florida 33602
Tel: (813) 226-2215
Attorney for Trustee

I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State aforesaid and in the County aforesaid, to take acknowledgments, personally appeared ALLAN C. WATKINS, a shareholder in Watkins Law Firm, P.A., to me known to be the person described in and who executed the foregoing instrument and he acknowledged before me that he executed the same for the purposes therein expressed, who is personally known to me and who did take an oath.

WITNESS my hand and official seal in the County and State last aforesaid this 20th day of May, 2010.

Nancy Love Diamond
Notary Public

Nancy Love Diamond
Notary Public
My Commission Expires:



NANCY LOVE DIAMOND
Commission DD 755855
Expires May 5, 2012
Bonded Thru Troy Fain Insurance 800-385-7019