UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FORIDA
TAMPA DIVISION

This document is deemed filed on 5-28-10 pursuant to Administrative Order FLMB-2003-2 governing after-hours filing.

In re:
MOHSEN PAUL SARFARAZI and
FAITH ANN SARFARAZI

        CASE NO: 8:08-bk-07435-MGW
Debtor        Chapter 11

## NOTICE OF APPEAL

Mohsen Paul Sarfarazi and Faith Ann Sarfarazi, debtors, appeal under Title 28 U.S.C. section 158 (a) from the order of the bankruptcy judge Michael J Williamson entered in this adversary proceeding for conversion of this case to Chapter 7 on the 20th day of May, 2010.

The names of all parties to the order appealed from and the addresses and telephone numbers are as follows:

Dated Friday, May 28, 2010,

_____
Mohsen Paul Sarfarazi, Ph.D.

_____
Faith Ann Sarfarazi, MD
3235 SW41st Ave.,
Ocala, FL34474
Telephone: (352) 622-5050 W
Facsimile: (352) 622-3993
Cell 1: (352) 817-5018
Cell 2: (352) 817-0130

310

## CERTIFICATE OF SERVICE

The debtors hereby certify that a copy of this document **"Notice of Appeal"** was sent via email or mail to all parties in interest.