UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                      Case No. 8:08−bk−07435−MGW
                                                                               Chapter 7

Mohsen P. Sarfarazi
3235 SW 41st Avenue
Ocala, FL 34474


Faith A. Sarfarazi
3235 SW 41st Avenue
Ocala, FL 34474


        _____Debtor*_____/

ORDER DIRECTING RESPONSE TO
APPLICATION FOR PAYMENT OF STATUTORY FEES

    THIS CASE came on ex parte to consider the entry of an appropriate Order in the above−captioned Chapter 7 case. The Court considered the record and finds that on June 4, 2010 , United States Trustee filed a Application for Payment of Statutory Fees which is a contested matter. Therefore, it is appropriate, pursuant to Fed. R. Bankr. P. 9014, to direct Debtors to file a written response within twenty−one (21) days from the date of entry of this Order. (Pursuant to Fed. R. Bankr. P. 9006(f), the respondent may add three (3) days to the twenty−one day response period in calculating the response due date because this Order is served by mail or by electronic means.). Accordingly, it is

  **ORDERED**:

  1. That Debtors are directed to file a written response to the Motion within twenty−one (21) days from the date of entry of this Order.

  2. That if Debtors fails to timely file a written response, the Court will consider the Motion ex parte and enter an appropriate Order, upon its submission by the moving party, without further notice.


  **DONE** and **ORDERED** in Chambers at Tampa, Florida on June 7, 2010 .

_____
Michael G. Williamson
United States Bankruptcy Judge

  *All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.