**[8NPH]** [Notice of Hearing]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Case No. 8:08−bk−07435−MGW
Chapter 7

Mohsen P. Sarfarazi
3235 SW 41st Avenue
Ocala, FL 34474


Faith A. Sarfarazi
3235 SW 41st Avenue
Ocala, FL 34474


_____Debtor*_____/

NOTICE OF PRELIMINARY HEARING

NOTICE IS HEREBY GIVEN THAT:

A preliminary hearing will be held in, Courtroom 8A, Sam M. Gibbons United States Courthouse, 801 N. Florida Ave., Tampa, FL 33602 on March 14, 2011 at 03:30 PM before the Honorable Michael G. Williamson , United States Bankruptcy Judge, to consider and act upon the following matter(s):

Emergency Motion to Vacate Order Setting Auction of Debtors' Membership Interests in Villageside Park LLC (Doc No 415) filed by Debtors; Emergency Motion to Transfer Ownership of 89−acre Lake County Property from Villageside Park LLC to Debtors' Personal Estate (Doc No 416) filed by Debtors

Conduct of Hearing. The court will not permit the introduction of testimony or documentary evidence at the preliminary hearing. However, the court will consider as part of the record affidavits that are offered without objection, uncontradicted proffers of evidence made by counsel, and judicial and evidentiary admissions made by the parties in open court or in the papers and schedules filed with the court. NOTICE IS HEREBY GIVEN to the parties that at the preliminary hearing, the court on its own motion may grant summary judgment in favor of the movant or respondent as to all or part of the relief requested, if there is no genuine issue as to any material fact and some or all of the relief requested should be granted or denied as a matter of law.

<u>Appropriate Attire.</u> You are reminded that Local Rule 5072−1(b)(16) requires that all persons appearing in court should dress in business attire consistent with their financial abilities. Shorts, sandals, shirts without collars, including tee shirts and tank tops, are not acceptable.

<u>Avoid delays at Courthouse security checkpoints.</u> You are reminded that Local Rule 5073−1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge. Please take notice that as an additional security measure a photo ID is required for entry into the Courthouse.

DATED: March 10, 2011 .

FOR THE COURT
Lee Ann Bennett , Clerk of Court

Sam M. Gibbons United States Courthouse
801 North Florida Avenue, Suite 555
Tampa, FL 33602

*All references to "Debtor" shall include and refer to both debtors in a case filed jointly by two individuals.

```
United States Bankruptcy Court
Middle District of Florida
In re:                                                              Case No. 08-07435-MGW
Mohsen P. Sarfarazi                                                 Chapter 7
Faith A. Sarfarazi
         Debtors                    CERTIFICATE OF NOTICE
District/off: 113A-8          User: ritchd              Page 1 of 3             Date Rcvd: Mar 10, 2011
                              Form ID: 8nph             Total Noticed: 71


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 12, 2011.
db/jdb     +Mohsen P. Sarfarazi,   Faith A. Sarfarazi,   3235 SW 41st Avenue,   Ocala, FL 34474-9830
aty        +Bernard J. Morse,   Morse & Gomez PA,   11268 Winthrop Main Street, Suite 102,
             Riverview, FL 33578-4266
aty         Buddy D. Ford,   115 N. MacDill Avenue,   Tampa, FL 33609-1521
aty        +James M Thompson,   Nelson, Bisconti, Thompson & McClain LLC,   1005 North Marion Street,
             Tampa, FL 33602-3404
aty         N. Albert Bacharach, Jr.,   115 N.W. 6th Avenue,   Gainesville, FL 32601
aty        +Robert S Hobbs,   Hobbs and Hobbs, P.L.,   P.O. Box 18225,   Tampa, FL 33679-8225
cr         +BAC Home Loans Servicing, LP,   Polk, Prober, & Raphael, Law Corporation,
             20750 Ventura Blvd., Suite 100,   Woodland Hills, CA 91364-6207
cr         +BAC Home Loans Servicing, LP fka Countrywide Home,   c/o John A. Anthony, Esquire,
             Anthony & Partners, LLC,   201 N. Franklin Street,   Suite 2400,   Tampa, FL 33602-5814
intp       +Bernard J Morse,   Morse & Gomez, P.A.,   11268 Winthrop Main St.,   Ste. 102,
             Riverview, FL 33578-4266
intp       +Buddy Ford, P.A.,   115 N. MacDill Avenue,   Tampa, FL 33609-1521
cr         +Country Home Loans, Inc.,   c/o Gregg S. Ahrens, Esq.,   Adorno & Yoss LLP,
             2525 Ponce de Leon Blvd., Suite 400,   Miami, FL 33134-6044
cr         +GMAC Mortgage, LLC,   Law Offices of David J. Stern, PA,   Frederic J. DiSpigna, Esq.,
             900 South Pine Island Rd Ste.400,   Plantation, FL 33324-3920
cr         +Robert Scardo,   P.O.Box 531,   Oklawaha, FL 32183-0531
app        +SOS Appraisals, Inc.,   11758 78th Terrace, North,   Seminole, FL 33772-4048
cr         +Suntrust Mortgage Inc,   Ben-Ezra & Katz, PA,   2901 Stirling Road,   300,
             Ft Lauderdale, FL 33312-6529
14603955   +AAA Financial Svcs (MBNA),   PO Box 15721,   Wilmington, DE 19886-5721
17458419   +BAC Home Loans Servicing, LP,   fka Countrywide Home Loans Servicing, LP,   c/o Prober & Raphael,
             20750 Ventura Blvd, #100,   Woodland Hills, CA 91364-6207
17720856   +BAC Home Loans Servicing, LP,   7105 Corporate Drive,   PTX-B-35,   Plano, TX 75024-4100
14603956   +Countrywide,   PO Box 660694,   Dallas, TX 75266-0694
15267115   +Countrywide Home Loans Inc,   c/o Gregg S Ahrens,   Adorno & Yoss LLP,
             2525 Ponce de Leon Blvd Ste 400,   Miami FL 33134-6044
15261092   +Countrywide Home Loans, Inc.,   c/o Gregg S. Ahrens, Esq.,   Adorno & Yoss LLP,
             2525 Ponce de Leon Blvd., Suite 400,   Miami, FL 33134-6044
14604457    Department of Labor and Security,   Hartman Building Suite 307,   2012 Capital Circle Southeast,
             Tallahassee FL 32399 0648
14604456    Department of Revenue,   PO Box 6668,   Tallahassee FL 32314-6668
14603957   +Dept. of Justice, Tax Div,   PO Box 14198,   Benjamin Franklin Station,
             Washington, DC 20044-4198
14603958   +Ditech,   PO Box 9001719,   Louisville, KY 40290-1719
14603959   +Dr. Mansoor Sarfarazi,   263 Farmington Ave.,   Farmington, CT 06030-0001
14603960   +Dr. Marcuss Sarfarazi,   263 Farmington Ave.,   Farmington, CT 06030-0001
14715102   +FIA Card Services, N.A.,   Attn: Mr. BK,   1000 Samoset Dr.,   DE5-023-03-03,
             Newark, DE 19713-6000
14728673    FREDERIC J DISPIGNA , ESQUIRE,   LAW OFFICES OF DAVID J. STERN, P.A.,
             900 SOUTH PINE ISLAND ROAD, SUITE 400,   PLANTATION, FL 33324-3920
14603961   +GMAC,   PO Box 780,   Waterloo, IA 50704-0780
14603962    GMAC Mortgage (MBNA),   FIA Card Services,   PO Box 15721,   Wilmington, DE 19886-5721
14728681   +GMAC Mortgage, LLC,   c/o David J. Stern, PA,   900 South Pine Island Rd, Suite 400,
             Plantation, FL 33324-3920
16931529   +GMAC Mortgage, LLC,   c/o Wanda D. Murray, Esq.,   900 S. Pine Island Road, Suite 400,
             Plantation, FL 33324-3920
14737765    GMAC Mortgage, LLC,   c/o Peggy McNew Ballweg, Esq.,   Florida Default Law Group, P.L.,
             PO Box 25018,   Tampa, FL  33622-5018
14730703   +GMAC Mortgage, LLC,   Mail Code 507-345-110,   3451 Hammond Avenue,   Waterloo, IA 50702-5345
14813711   +Gmac Mortgage, Llc,   c/o GMAC Mortgage, LLC,   1100 Virginia Dr,   PO Box 8300,
             Fort Washington, PA 19034-8300
14813702   +Gmac Mortgage,Llc,   3451 Hammond Avenue,   Waterloo, IA 50702-5300
14603963   +Harry Dansby & Robert Scardo,   c/oKristin Cummin-Nailos,Esq,   PO Box 491656,
             Leesburg, FL 34749-1656
15246055    Herbert R. Donica, Esq.,   DONICA LAW FIRM, P.A.,   Co-Counsel for Tierra Investments, LLC,
             106 S. Tampania Avenue, Suite 250,   Tampa, FL 33609-3256
14604454   ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
             PHILADELPHIA PA 19101-7346
             (address filed with court: Internal Revenue Service,   P.O. Box 21126,   Philadelphia, PA 19114)
14603965   ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
             PHILADELPHIA PA 19101-7346
             (address filed with court: Internal Revenue Service,   Special Procedures Staff,
             400 W. Bay St., Stop 5720,   Jacksonville, FL 32202)
14603964   +Independent Nat'l Bank,   PO Box 2900,   Ocala, FL 34478-2900
14996076   +Independent National Bank,   P.O. Box 2900,   Ocala, Florida 34478-2900
15029152   +James M Thompson,   1005 N Marion St,   Tampa FL 33602-3404
14603966    John T. Driscoll, CPA,   825 SE 3rd Ave Ste 200,   Ocala FL 34471-3777
14603967   +Michael J. Cooper, Esq.,   321 NW 3rd Ave.,   Ocala, FL 34475-8818
15525070   +Mohsen P Sarfarazi,   Faith A Sarfarazi,   4899 SW 2nd Terrace,   Ocala FL 34471-8447
```

```
14603968      Nelson, Bisconti & Thompson,    Attn: James M. Thompson, Esq,     718 W. MLK, Jr. Blvd., #200,
               Tampa, FL 33603
14604455     +Office of US Attorney,    Attn Civil Process Clerk,    400 North Tampa St Suite 3200,
               Tampa FL 33602-4774
14603969     +Padro Buying Group,     PO Box 328,   Largo, FL 33779-0328
18736029     +Paul S Rothstein,    626 NE 1st St,    Gainesville FL 32601-3391
14603971     +Robert S. Hobbs, Esq.,     4304 W. El Prado Blvd.,    Tampa, FL 33629-8405
14603972      Securities & Exchange Comm,     Branch of Reorganization,    3475 Lenox Rd NE, St. 1000,
               Atlanta, GA 30326
17095225     +Specialized Loan Servicing LLC,     8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
17233021     +Specialized Loan Servicing LLC,     c/o Joe M Lozano Jr,    9441 LBJ Freeway Suite 350,
               Dallas TX 75243-4652
14603973     +Stephen J. Berlinsky, Esq.,     735 W. Montrose St.,    Clermont, FL 34711-2121
14603975     +SunTrust Bank,    PO Box 79282,    Baltimore, MD 21279-0282
14603976     +SunTrust Bank,    c/o Bryce W. Ackerman,    125 NE 1 Ave.,    Ocala, FL 34470-6652
17430717     +SunTrust Mortgage, Inc.,     Attn: Audrey J. Dixon,    2901 Stirling Road, Ste 300,
               Ft Lauderdale, FL 33312-6529
14603974     +Suntrust,    PO Box 310,   Ocala, FL 34478-0310
14836328     +Suntrust Bank,    Attn. Support Services,    P.O.Box 85092,    Richmond, VA 23286-0001
15256295      Tierra Investments LLC,     c/o Herbert R Donica Esq,    106 S Tampania Ave Suite 250,
               Tampa FL 33609-3256
14603978     +U.S. Attorney General,     10th St.&Constitution Ave.NW,    Washington, DC 20530-0001
14603979     +U.S. Attorneys' Office,     Attn: Civil Process Clerk,    400 N. Tampa St., Ste. 3200,
               Tampa, FL 33602-4774
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr           +E-mail/PDF: gecsedi@recoverycorp.com Mar 11 2011 00:17:07      GE Money Bank,
               c/o Recovery Management Systems Corp,     attn: Ramesh Singh,    25 SE 2nd Ave Suite 1120,
               Miami, Fl 33131-1605
14862726     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Mar 10 2011 23:41:40      Asset Acceptance LLC,
               Po Box 2036,    Warren MI 48090-2036
14781571     +E-mail/PDF: gecsedi@recoverycorp.com Mar 11 2011 00:17:07      GE Money Bank,
               c/o Recovery Management Systems Corporat,    25 S.E. Second Avenue,
               Ingraham Building, Suite 1120,    Miami, Florida 33131-1506
14943004      E-mail/Text: resurgentbknotifications@resurgent.com Mar 10 2011 23:39:33      LVNV Funding LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14967534     +E-mail/Text: yscaglione@mac.com Mar 11 2011 00:43:52      Tierra Investments LLC,
               6300 N Sagewood Dr, Ste H-117,    Park City, UT 84098-7502
14603977     +E-mail/Text: yscaglione@mac.com Mar 11 2011 00:43:52      Tierra Investments, LLC.,
               218 E. Bearss Ave., Ste. 409,    Tampa, FL 33613-1625
14648256     +E-mail/Text: ustpregion21.tp.ecf@usdoj.gov Mar 11 2011 00:09:01      United States Trustee,
                attn: Benjamin Lambers,    501 E. Polk Street, Suite 1200,    Tampa, FL 33602-3945
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Internal Revenue Service
cr            James M Thompson
cr            Tierra Investments LLC
14734749      GMAC Mortgage, LLC
cr*          +Paul S Rothstein,    626 NE 1st Street,    Gainesville, FL 32601-3391
cr*          +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
                                                                                TOTALS: 4, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 12, 2011**                **Signature:**    _Joseph Speetjens_