# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

In re:  Case Number: 8:08-bk-07435-MGW
Chapter 7

Mohsen P. Sarfarazi and
Faith A. Sarfarazi,
    Debtors.
_____/

## ORDER DENYING DEBTORS' EMERGENCY MOTION TO TRANSFER OWNERSHIP OF THE 89–ACRE LAKE COUNTY PROPERTY FROM VILLAGESIDE PARK, LLC TO THE DEBTORS' PERSONAL ESTATE

THIS MATTER came before the Court on March 14, 2011 on the Debtors' Emergency Motion to Transfer Ownership of the 89-Acre Lake County Property from Villageside Park, LLC to the Debtors' Personal Estate (Doc. No. 416). The Court having heard argument of counsel for the Trustee and argument of the Debtors and for the reasons stated orally and recorded in open Court, it is hereby

**ORDERED**: That the Debtors' Emergency Motion to Transfer Ownership of the 89-Acre lake County Property from the Villageside Park, LLC be and it is hereby DENIED.

**DONE** and **ORDERED** in Chamber at Tampa, Florida on March 16, 2011.

_____
Michael G. Williamson
United States Bankruptcy Judge

Copies furnished to:
United States Trustee, 501 E. Polk Street, Suite 1200, Tampa, Florida 33602;
Allan C. Watkins, Esquire, 707 N. Franklin Street, Suite 750, Tampa, Florida 33602;
Beth Ann Scharrer, Trustee, P.O. Box 4550 , Seminole, Florida 33775; and
Mohsen P. and Faith A. Sarfarazi, 3235 SW 41st Avenue, Ocala, FL 34474

# United States Bankruptcy Court
## Middle District of Florida

In re:  
Mohsen P. Sarfarazi  
Faith A. Sarfarazi  
    Debtors

Case No. 08-07435-MGW  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 113A-8     User: ritchd     Page 1 of 1     Date Rcvd: Mar 16, 2011  
                      Form ID: pdfdoc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2011.  
db/jdb      +Mohsen P. Sarfarazi,   Faith A. Sarfarazi,   3235 SW 41st Avenue,   Ocala, FL 34474-9830

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                       TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 18, 2011**                          **Signature:** _/s/ Joseph Speetjens_