UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:  Case No. 8:08-bk-07435-MGW
Chapter 7

Mohsen P. Sarfarazi and
Faith A. Sarfarazi,

     Debtors.
_____/

**ORDER GRANTING TRUSTEE'S RENEWED MOTION
FOR ORDER TO SHOW CAUSE AND DIRECTING DEBTORS TO APPEAR
AND SHOW CAUSE WHY THEY SHOULD NOT BE HELD IN CONTEMPT**

     THIS CASE came on for consideration, without a hearing, on the Trustee's Renewed Motion for Order to Show Cause why Debtors should not be held in Civil Contempt (Doc. No. 430) ("Renewed Show-Cause Motion"). The Court considered the record and finds:

     1.    On August 4, 2010, the Trustee filed a Motion for Order Requiring Rule 2004 Examination Duces Tecum of the Debtors (Doc. No. 330). The Court entered an Order granting the motion (Doc. No. 333), which directed the Debtors to appear for a Rule 2004 examination and produce documents at a mutually agreed time and place, or in the absence of agreement, on September 10, 2010, at the offices of Trustee's counsel. The Debtors did not comply with the Order.

     2.    Based on the Debtors' failure to comply, the Trustee filed a Motion to Compel Attendance at Rule 2004 Examination (Doc. No. 381). On December 2, 2010, the Court conducted a hearing on the motion and thereafter entered an Order granting the motion (Doc. No. 390). The Order directed the Debtors to produce documents on or before January 14, 2011, and to appear for a Rule 2004 examination on February 10, 2011. Again, the Debtors did not comply with the Order.

     3.    On January 28, 2011, the Trustee filed a Motion for Order to Show Cause (Doc. No. 400) based on the Debtors' failure to produce documents. The Court conducted a hearing on the motion on February 24, 2011, at which attorney David W. Steen appeared on behalf of the Debtors. Mr. Steen represented that the Debtors would produce documents in compliance with the Court's orders. Thereafter, the Court entered an Order on the motion, which directed the Debtors to produce documents on or before March 26, 2011, and to schedule a date within fifteen days after delivery of the documents for their Rule 2004 examination. Yet again, the Debtors did not comply with the Order.

4. Almost seven months have passed since the first scheduled Rule 2004 examination, which was to be conducted on September 10, 2010. The Debtors have failed to produce documents and to appear for a Rule 2004 examination. Based on the Debtors' repeated noncompliance with the Orders of this Court, the Trustee filed the Renewed Show-Cause Motion.

Accordingly, it is

**ORDERED:**

1. The Renewed Show-Cause Motion is GRANTED.

2. The Debtors shall appear personally before the undersigned on **May 5, 2011**, at **9:30 a.m.**, in Courtroom 8A, Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Tampa, Florida 33602 and show cause why they should not be held in contempt for failure to comply with the Orders of this Court. The Court will consider imposing sanctions and other relief as may be appropriate.

**DONE** and **ORDERED** in Chambers at Tampa, Florida, on __ April 12, 2011

_____
Michael G. Williamson
United States Bankruptcy Judge

Copies to be provided by CM/ECF service.

```
                                  United States Bankruptcy Court
                                   Middle District of Florida
In re:                                                           Case No. 08-07435-MGW
Mohsen P. Sarfarazi                                              Chapter 7
Faith A. Sarfarazi
         Debtors                        CERTIFICATE OF NOTICE
District/off: 113A-8          User: bushw                  Page 1 of 3                   Date Rcvd: Apr 12, 2011
                              Form ID: pdfdoc              Total Noticed: 71


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 14, 2011.
db/jdb       +Mohsen P. Sarfarazi,    Faith A. Sarfarazi,    3235 SW 41st Avenue,    Ocala, FL 34474-9830
aty          +Bernard J. Morse,    Morse & Gomez PA,    11268 Winthrop Main Street, Suite 102,
               Riverview, FL 33578-4266
aty           Buddy D. Ford,    115 N. MacDill Avenue,    Tampa, FL 33609-1521
aty          +James M Thompson,    Nelson, Bisconti, Thompson & McClain LLC,    1005 North Marion Street,
               Tampa, FL 33602-3404
aty           N. Albert Bacharach, Jr.,    115 N.W. 6th Avenue,    Gainesville, FL 32601
aty          +Robert S Hobbs,    Hobbs and Hobbs, P.L.,    P.O. Box 18225,    Tampa, FL 33679-8225
cr           +BAC Home Loans Servicing, LP,    Polk, Prober, & Raphael, Law Corporation,
               20750 Ventura Blvd., Suite 100,    Woodland Hills, CA 91364-6207
cr           +BAC Home Loans Servicing, LP fka Countrywide Home,     c/o John A. Anthony, Esquire,
               Anthony & Partners, LLC,    201 N. Franklin Street,    Suite 2400,    Tampa, FL 33602-5814
intp         +Bernard J Morse,    Morse & Gomez, P.A.,    11268 Winthrop Main St.,    Ste. 102,
               Riverview, FL 33578-4266
intp         +Buddy Ford, P.A.,    115 N. MacDill Avenue,    Tampa, FL 33609-1521
cr           +Country Home Loans, Inc.,    c/o Gregg S. Ahrens, Esq.,    Adorno & Yoss LLP,
               2525 Ponce de Leon Blvd., Suite 400,    Miami, FL 33134-6044
cr           +GMAC Mortgage, LLC,    Law Offices of David J. Stern, PA,    Frederic J. DiSpigna, Esq.,
               900 South Pine Island Rd Ste.400,    Plantation, FL 33324-3920
cr           +Robert Scardo,    P.O.Box 531,    Oklawaha, FL 32183-0531
app          +SOS Appraisals, Inc.,    11758 78th Terrace, North,    Seminole, FL 33772-4048
cr           +Suntrust Mortgage Inc,    Ben-Ezra & Katz, PA,    2901 Stirling Road,    300,
               Ft Lauderdale, FL 33312-6529
14603955     +AAA Financial Svcs (MBNA),    PO Box 15721,    Wilmington, DE 19886-5721
17458419     +BAC Home Loans Servicing, LP,    fka Countrywide Home Loans Servicing, LP,    c/o Prober & Raphael,
               20750 Ventura Blvd, #100,    Woodland Hills, CA 91364-6207
17720856     +BAC Home Loans Servicing, LP,    7105 Corporate Drive,    PTX-B-35,    Plano, TX 75024-4100
14603956     +Countrywide,    PO Box 660694,    Dallas, TX 75266-0694
15267115     +Countrywide Home Loans Inc,    c/o Gregg S Ahrens,    Adorno & Yoss LLP,
               2525 Ponce de Leon Blvd Ste 400,    Miami, FL 33134-6044
15261092     +Countrywide Home Loans, Inc.,    c/o Gregg S. Ahrens, Esq.,    Adorno & Yoss LLP,
               2525 Ponce de Leon Blvd., Suite 400,    Miami, FL 33134-6044
14604457      Department of Labor and Security,    Hartman Building Suite 307,    2012 Capital Circle Southeast,
               Tallahassee FL 32399 0648
14604456      Department of Revenue,    PO Box 6668,    Tallahassee FL 32314-6668
14603957     +Dept. of Justice, Tax Div,    PO Box 14198,    Benjamin Franklin Station,
               Washington, DC 20044-4198
14603958     +Ditech,    PO Box 9001719,    Louisville, KY 40290-1719
14603959     +Dr. Mansoor Sarfarazi,    263 Farmington Ave.,    Farmington, CT 06030-0001
14603960     +Dr. Marcuss Sarfarazi,    263 Farmington Ave.,    Farmington, CT 06030-0001
14715102     +FIA Card Services, N.A.,    Attn: Mr. BK,    1000 Samoset Dr.,    DE5-023-03-03,
               Newark, DE 19713-6000
14728673      FREDERIC J DISPIGNA , ESQUIRE,    LAW OFFICES OF DAVID J. STERN, P.A.,
               900 SOUTH PINE ISLAND ROAD, SUITE 400,    PLANTATION, FL 33324-3920
14603961     +GMAC,    PO Box 780,    Waterloo, IA 50704-0780
14603962      GMAC Mortgage (MBNA),    FIA Card Services,    PO Box 15721,    Wilmington, DE 19886-5721
14728681     +GMAC Mortgage, LLC,    c/o David J. Stern, PA,    900 South Pine Island Rd, Suite 400,
               Plantation, FL 33324-3920
16931529     +GMAC Mortgage, LLC,    c/o Wanda D. Murray, Esq.,    900 S. Pine Island Road, Suite 400,
               Plantation, FL 33324-3920
14730703     +GMAC Mortgage, LLC,    Mail Code 507-345-110,    3451 Hammond Avenue,    Waterloo, IA 50702-5345
14737765      GMAC Mortgage, LLC,    c/o Peggy McNew Ballweg, Esq.,    Florida Default Law Group, P.L.,
               PO Box 25018,    Tampa, FL 33622-5018
14813711     +Gmac Mortgage, Llc,    c/o GMAC Mortgage, LLC,    1100 Virginia Dr,    PO Box 8300,
               Fort Washington, PA 19034-8300
14813702     +Gmac Mortgage,Llc,    3451 Hammond Avenue,    Waterloo, IA 50702-5300
14603963     +Harry Dansby & Robert Scardo,    c/oKristin Cummin-Nailos,Esq,    PO Box 491656,
               Leesburg, FL 34749-1656
15246055      Herbert R. Donica, Esq.,    DONICA LAW FIRM, P.A.,    Co-Counsel for Tierra Investments, LLC,
               106 S. Tampania Avenue, Suite 250,    Tampa, FL 33609-3256
14604454     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court:   Internal Revenue Service,    P.O. Box 21126,    Philadelphia, PA 19114)
14603965     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
               PHILADELPHIA PA 19101-7346
              (address filed with court:   Internal Revenue Service,    Special Procedures Staff,
               400 W. Bay St., Stop 5720,    Jacksonville, FL 32202)
14603964     +Independent Nat'l Bank,    PO Box 2900,    Ocala, FL 34478-2900
14996076     +Independent National Bank,    P.O. Box 2900,    Ocala, Florida 34478-2900
15029152     +James M Thompson,    1005 N Marion St,    Tampa FL 33602-3404
14603966      John T. Driscoll, CPA,    825 SE 3rd Ave Ste 200,    Ocala FL 34471-3777
14603967     +Michael J. Cooper, Esq.,    321 NW 3rd Ave.,    Ocala, FL 34475-8818
15525070     +Mohsen P Sarfarazi,    Faith A Sarfarazi,    4899 SW 2nd Terrace,    Ocala FL 34471-8447
```

```
District/off: 113A-8           User: bushw                 Page 2 of 3                  Date Rcvd: Apr 12, 2011
                               Form ID: pdfdoc             Total Noticed: 71


14603968       Nelson, Bisconti & Thompson,    Attn: James M. Thompson, Esq,    718 W. MLK, Jr. Blvd., #200,
                Tampa, FL 33603
14604455      +Office of US Attorney,    Attn Civil Process Clerk,    400 North Tampa St Suite 3200,
                Tampa FL 33602-4774
14603969      +Padro Buying Group,    PO Box 328,    Largo, FL 33779-0328
18736029      +Paul S Rothstein,    626 NE 1st St,    Gainesville FL 32601-3391
14603971      +Robert S. Hobbs, Esq.,    4304 W. El Prado Blvd.,    Tampa, FL 33629-8405
14603972       Securities & Exchange Comm,    Branch of Reorganization,    3475 Lenox Rd NE, St. 1000,
                Atlanta, GA 30326
17095225      +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,    Highlands Ranch, CO 80129-2386
17233021      +Specialized Loan Servicing LLC,    c/o Joe M Lozano Jr,    9441 LBJ Freeway Suite 350,
                Dallas TX 75243-4652
14603973      +Stephen J. Berlinsky, Esq.,    735 W. Montrose St.,    Clermont, FL 34711-2121
14603975      +SunTrust Bank,    PO Box 79282,    Baltimore, MD 21279-0282
14603976      +SunTrust Bank,    c/o Bryce W. Ackerman,    125 NE 1 Ave.,    Ocala, FL 34470-6652
17430717      +SunTrust Mortgage, Inc.,    Attn: Audrey J. Dixon,    2901 Stirling Road, Ste 300,
                Ft Lauderdale, FL 33312-6529
14603974      +Suntrust,    PO Box 310,    Ocala, FL 34478-0310
14836328      +Suntrust Bank,    Attn. Support Services,    P.O.Box 85092,    Richmond, VA 23286-0001
15256295       Tierra Investments LLC,    c/o Herbert R Donica Esq,    106 S Tampania Ave Suite 250,
                Tampa FL 33609-3256
14603978      +U.S. Attorney General,    10th St.&Constitution Ave.NW,    Washington, DC 20530-0001
14603979      +U.S. Attorneys' Office,    Attn: Civil Process Clerk,    400 N. Tampa St., Ste. 3200,
                Tampa, FL 33602-4774
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: gecsedi@recoverycorp.com Apr 13 2011 00:35:12      GE Money Bank,
                c/o Recovery Management Systems Corp,    attn: Ramesh Singh,    25 SE 2nd Ave Suite 1120,
                Miami, Fl 33131-1605
14862726      +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Apr 13 2011 00:27:44      Asset Acceptance LLC,
                Po Box 2036,   Warren MI 48090-2036
14781571      +E-mail/PDF: gecsedi@recoverycorp.com Apr 13 2011 00:35:14      GE Money Bank,
                c/o Recovery Management Systems Corporat,    25 S.E. Second Avenue,
                Ingraham Building, Suite 1120,    Miami, Florida 33131-1506
14943004       E-mail/Text: resurgentbknotifications@resurgent.com Apr 13 2011 00:25:17      LVNV Funding LLC,
                Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14603972       E-mail/Text: AtlReorg@sec.gov Apr 13 2011 00:44:56      Securities & Exchange Comm,
                Branch of Reorganization,    3475 Lenox Rd NE, St. 1000,    Atlanta, GA 30326
14967534      +E-mail/Text: yscaglione@mac.com Apr 13 2011 00:44:26      Tierra Investments LLC,
                6300 N Sagewood Dr, Ste H-117,    Park City, UT 84098-7502
14603977      +E-mail/Text: yscaglione@mac.com Apr 13 2011 00:44:26      Tierra Investments, LLC.,
                218 E. Bearss Ave., Ste. 409,    Tampa, FL 33613-1625
14648256      +E-mail/Text: ustpregion21.tp.ecf@usdoj.gov Apr 13 2011 00:39:48      United States Trustee,
                attn: Benjamin Lambers,    501 E. Polk Street, Suite 1200,    Tampa, FL 33602-3945
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Internal Revenue Service
cr             James M Thompson
cr             Tierra Investments LLC
14734749       GMAC Mortgage, LLC
cr*           +Paul S Rothstein,   626 NE 1st Street,    Gainesville, FL 32601-3391
cr*           +Specialized Loan Servicing LLC,    8742 Lucent Blvd Suite 300,   Highlands Ranch, CO 80129-2386
                                                                                              TOTALS: 4, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 14, 2011**                        **Signature:**        _Joseph Speetjens_